United States District Court
Southern District of Texas
**ENTERED**
June 30, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| TOLKYN ZHALKENOVA, | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. 4:26-cv-04221 |
| | § | |
| GABRIEL MARTINEZ, *et al.*, | § | |
| | § | |
| Respondents. | § | |

**ORDER**

Before the Court is Petitioner Tolkyn Zhalkenova's Petition for Writ of Habeas Corpus (ECF No. 1) and Respondents' Motion for Summary Judgment (ECF No. 8). On June 19, 2026, Respondents filed an Advisory informing the Court that Petitioner was scheduled for a removal flight on June 25, 2026. ECF No. 10. On June 29, 2026, Respondents confirmed via email that Petitioner was removed from the United States on June 25, 2026.

Therefore, the Petition (ECF No. 1) is **DENIED AS MOOT**. Respondents' Motion for Summary Judgment (ECF No. 8) is also **DENIED AS MOOT**. The Clerk of Court is directed to administratively close this case.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on the 29th day of June, 2026.

Keith P. Ellison
United States District Judge

1